ACCEPTED
14-14-00059-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 9:51:46 AM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00059-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 9:51:46 AM
CHRISTOPHER A. PRINE
Clerk

RIVER OAKS L-M, INC. d/b/a WEST POINT LINCOLN MERCURY
Appellant
vs.
VERONICA VINTON-DUARTE
Appellee

On Appeal from the 269TH Judicial District Court
of Harris County, Texas
Trial Court No. 2010-54452

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUSTICES OF THE COURT:

COMES NOW Appellant RIVER OAKS L-M, INC., d/b/a West Point Lincoln Mercury, and provides this Notice that, effective immediately, its counsel, Ernest G. Fielder, has the following new and revised address, including e-mail address:

Ernest G. Fielder
Taylor, Taylor, & Russell
815 Walker Street, Suite 250
Houston, Texas 77002
713-237-3132 (phone)

1

713-615-6070 (telecopier)
efielder@taylaw.com

WHEREFORE PREMISES CONSIDERED, Appellant River Oaks L-M, Inc. prays that the Court and all counsel of record take notice of the foregoing new contact information for its counsel, and for such other and further relief to which it may be justly entitled.

By _____

ERNEST G. FIELDER
State Bar No. 00787464
Taylor, Taylor, & Russell
815 Walker Street, Suite 250
Houston, Texas 77002
713-237-3132 (phone)
713-615-6070 (telecopier)
efielder@taylaw.com

ATTORNEYS FOR APPELLANT
RIVER OAKS L-M, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on this 22nd day of March, 2015, via e-file and telecopier.

Matthew R. Pearson
Gravely & Pearson
425 Soledad St., Suite 600
San Antonio, Texas 78205

Brendan K. McBride
The McBride Law Firm
425 Soledad St., Suite 600
San Antonio, Texas 78205

_____
ERNEST G. FIELDER

:\\...\West Point\Appeals\AddressChange

3